# United States District Court

United States District Court
Southern District of Texas
FILED

MAY - 3 2019

David J. Bradley, Clerk of Court

Southern District of Texas

UNITED STATES OF AMERICA

V

Jose Jaime SALAZAR-Escobedo

Mexico
A078 398 499 (EWA)

Dft

## CRIMINAL COMPLAINT

CASE NUMBER B-19 540 MJ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **May 2, 2019**, the defendant, an alien who had previously been denied admission, excluded or removed knowingly and unlawfully was present in the United States having been found in **Cameron** County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of **Title 8 United States Code, Section(s) 1326(a) and 1326(b)**

I further state that I am a Deportation Officer and that this complaint is based on the following facts: The defendant was encountered and arrested by Immigration Officers from the Harlingen Fugitive Operations Unit in Brownsville, Texas on May 02, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on June 13, 2008. The defendant was convicted of 21 USC 846, Conspiracy to Distribute Cocaine on August 05, 2008. Record checks revealed that the defendant has not applied for permission from the proper authorities to re-enter the United States.

Defendant has $84.00

Signature of Complainant

Alfonso Lemming     Deportation Officer
Name and Title of Complainant

Sworn to before me and subscribed in my presence,

May 3, 2019                                          at         Brownsville, Texas
Date                                                                      City and State

Ronald G. Morgan     U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer